# 640 DECISIONS IN CASES NOT REPORTED.

Norman C. Newell and another, Respondents, v. The City of Utica, Appellant. — Leave granted to resettle the case and the cause ordered over the term, with ten dollars costs and disbursements.

Erastus K. Burnham, as Assignee, etc., Respondent, v. William Isdell, Appellant. — Judgment and order affirmed, with costs.

R. Nelson Gere, Plaintiff, v. The Syracuse Iron Works, Defendant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Hardin, P. J.

The People of the State of New York, Respondents, v. Warren Shipman, Appellant.— Conviction and judgment affirmed, and proceedings remitted to the Court of Sessions of Herkimer county, with directions to proceed. Opinion by Boardman, J.

The People of the State of New York, Respondent, v. Deloss W. Wentworth, Appellant. — Judgment and conviction of the Court of Sessions of Herkimer county affirmed, and proceedings remitted to that court with instructions to proceed with enforcement of the judgment. Opinion by Follett, J.; Hardin, P. J., not voting.

David Stevens and others, Respondents, v. Riley E. Horton, Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

Thomas Powell, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.—Judgment and order affirmed, with costs. Opinion by Follett, J.

The People of the State of New York, Respondents, v. The Rome, Watertown and Ogdensburg Railroad Company, Appellants. —Judgment and order affirmed, with costs. Follett, J., not voting.

The People of the State of New York ex rel. Willard B. Munroe, Respondent, v. The New York, Ontario and Western Railway Company, Appellant. — Judgment and order affirmed, with costs. Follett, J., not sitting.

George Rogers, Respondent, v. John H. Murray and another, Appellants.— Judgment affirmed, with costs. Opinion by Boardman, J.

Mary Dallarmi, Respondent, v. Joseph H. Wilcox and another, Appellants.—Judgment affirmed, with costs. Opinion by Follett, J.

William Thurston, Appellant, v. Christopher R. Frink and others, Respondents.— Judgment affirmed, with costs. Opinion by Hardin, P. J.; Follett, J., not sitting.

Edmund Earl, Respondent, v. Porter P. Collins, Appellant. — Order of the County Court of Oswego county affirmed, with ten dollars costs and disbursements. Opinion by Follett, J.

Kate Wilmot, as Administratrix, etc., Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant. — Judgment and order reversed, and a new trial ordered, with costs to abide the event. Opinion by Boardman, J.

Milo P. Winters, an Infant, by Guardian, Appellant, v. Thomas McMahon, Respondent. — Judgment of the County Court of Oswego county reversing a justice's judgment reversed, and the judgment of the Justice's Court affirmed, with costs. Opinion by Follett, J.

William H. Summerville, Appellant, v. William Nipper, as Trustee, etc., Respondent. — Judgment of the County Court of Oswego County reversing a justice's judgment reversed, and judgment of the Justice's Court affirmed, with costs. Opinion by Hardin, P. J. ; mem. by Boardman, J.

George A. Judd, Appellant, v. Burrett Brown, Respondent. — Order granting a new trial affirmed, with costs. Opinion by Boardman, J.

William H. Wait, as Receiver, etc., Appellant, v. Elizabeth H. Freer and others, Respondents.— Judgment affirmed, with costs. Opinion by Follett, J.

Daniel S. Brewster, Appellant, v. Jesse Brock-way, Respondent. — Judgment reversed and new trial ordered before another referee, with costs to abide event. Opinion by Hardin, J.

Levi Crocker, as Trustee, Respondent, v. The New York, Lackawanna and Western Railway Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

Edmund D. Crosby, Respondent, v. Calvin F. Cobb, Appellant. — Order affirmed, with costs to abide the event of the action. *Per Curiam* opinion filed with reporter.

Herbert E. Vanderbogart, Respondent, v. Wallace J. Nash, Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

Samuel Monroe, Respondent, v. Andrew Y. Washbon, Appellant. — Judgment of the County Court of Oswego county affirming a justice's judgment affirmed, with costs. Opinion by Follett, J.

The People of the State of New York ex rel. Hudson C. Tanner, Appellant, v. The Board of Supervisors of Herkimer County, Respondent. — In the matter of stenographer's notes, taken by the late stenographer of the Supreme Court, Fifth Judicial District, of notes that have been damaged by water and fire. Order affirmed, with ten dollars costs and disbursements in one case only. Opinion by Boardman, J.

In the Matter of the Probate of the Last Will of Peter Huestis, deceased — Decree of the surrogate of Otsego county, affirmed, with the respondents costs, payable out of the estate. Opinion by Hardin, P. J.

Cassius M. Scott, by Guardian, Respondent, v. Oscar Hopkins, Appellant. — Judgment of the County Court of Otsego county, affirming a justice's judgment, affirmed, with costs. Opinion by Hardin, P. J.

Henry C. Cook, Respondent, v. The Utica and Black River Railroad Company, Appellant.— Judgment reversed and new trial ordered, with costs to abide the event. Opinion by Boardman, J.

William R. McNair, Respondent, v. Arthur G. Newey, Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Robert F. Wilcox, Appellant, v. James Crowley Respondent. — Order denying motion for new trial affirmed, with costs. Opinion by Boardman, J.

The First National Bank of Richfield Springs, Respondent, v. G. Hyde Clarke, Appellant. — Judgment and order affirmed, with costs. Opinion by Follett, J.

John W. Young, Respondent, v. The Syracuse, Binghamton and New York Railroad Company, Appellant. — Judgment of the County Court of Broome county affirmed, with costs on the opinion of county judge.

Robert P. Hughes, Respondent, v. Jane E. Ferguson, Appellant. — Judgment and order of Oneida County Court affirmed, with costs. Opinion by Hardin, P. J.

John Edwards, Appellant, v. The City of Watertown, Respondent. — Order appealed from modified by addition of the words, viz.: "The substitution of Richard B. Sparks as a coplaintiff, is subject to lien of Anson B. Moore who is to be continued as the plaintiff's attorney until his lien is paid"; and as so modified affirmed, without costs. Opinions by Hardin, P. J., and Follett, J.

George W. Elkins, Respondent, v. James D. Kilbourne, Appellant.

Same v. Same. — Motion for reargument denied, with ten dollars costs. — Order affirmed, with costs. Opinion by Boardman, J.; Follett, J., not sitting.

Florence M. Gibbs, Respondent, v. Jesse A. Hathaway, Appellant. — Judgment affirmed, with costs. Opinion by Boardman, J.; dissenting opinion by Hardin, P. J.